IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DENA LARIE CHRONISTER                                                                                  PLAINTIFF

      v.                    Civil No. 2:12-cv-02117-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                         DEFENDANT

## **JUDGMENT**

      For reasons stated in a memorandum opinion of this date, the undersigned remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

      If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

      IT IS SO ORDERED AND ADJUDGED this 26th day of November 2012.

                        */s/ J. Marschewski*
                        HONORABLE JAMES R. MARSCHEWSKI
                        CHIEF UNITED STATES MAGISTRATE JUDGE